# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Maxine E. Washington

v.                      Case Number: 4:24−cv−00704

Synergetic Communication, Inc.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/12/2024

**TIME:** 10:45 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   April 25, 2024                                                      Nathan Ochsner, Clerk